PRINT FORM          RESET FORM

(06/2017)

# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF WEST VIRGINIA
AT   SELECT ONE:

GENBIOPRO, INC.

v.

CASE NUMBER  3:23-CV-00058

MARK A. SORSAIA, in his official capacity as Prosecuting Attorney of Putnam County AND PATRICK MORRISEY, in his

---

**This form applies to the above-entitled action only.**

**Select and complete the appropriate section of this form to update:**
  (1) your name and/or firm information;
  (2) to add your name as counsel of record;
  (3) to change representation within your firm; or
  (4) to remove your name from the court's service list.

**Withdrawal and/or Termination of Representation should be made in accordance with:**
L R Civ P 83.4  Withdrawal and/or Termination of Representation
  An attorney may withdraw from a case in which he or she has appeared only as follows:
  (a) By Notice of Withdrawal. A party's attorney may withdraw from a case by filing and serving a notice of withdrawal, effective upon filing, if:
    (1) multiple attorneys have appeared on behalf of the party; and
    (2) at least one of those attorneys will still be the party's counsel of record after the attorney seeking to withdraw does so.
  (b) By Notice of Withdrawal and Substitution. A party's attorney may withdraw from a case by filing and serving a notice of withdrawal and substitution, effective upon filing, if the notice includes:
    (1) the withdrawal and substitution will not delay the trial or other progress of the case; and
    (2) the notice is filed and served at least 90 days before trial.
  (c) By Motion. An attorney who seeks to withdraw other than under LR 83.4(a) or (b) must move to withdraw and must show good cause. The attorney must notify his or her client of the motion.

---

## NOTICE OF CHANGE OF ATTORNEY INFORMATION

I, _____Christina L. Smith 7509_____ hereby provide this *Notice of*
*Name of Attorney and Bar Number*

***Change of Attorney Information*** to the Court and request the Clerk's Office to:

☐ **Please add my name as counsel of record *in the above-entitled action only* as follows:**

My firm/government agency, _____ has made an appearance in the above-entitled action. I request to be added as additional counsel of record for the following party(ies) on whose behalf my firm/government agency has already made an appearance.

Name of Party(ies) Represented:

---

☐ **Please change within-firm representation *in the above-entitled action only* as follows:**

My firm/government agency, _____ by _____ has made an appearance in the above-entitled action. I request to be substituted as counsel of record for the following party(ies) on whose behalf _____ has appeared and further request the court to terminate and remove _____ from the court's service list for this case only.

Name of Party(ies) Represented:

---

☐ **Please remove me from the Court's services list *in the above-entitled action only*.**

I do not wish to receive copies of any future orders, correspondence, motions, pleadings, notices, etc., and am notifying the court to remove my name from its service list for this case only. I will notify the Clerk of Court should this notice requirement change.

Further, I hereby absolve other counsel of record, if any exist, or pro se parties, from serving any future correspondence, motions, pleadings, notices, etc., upon me in this case only.

I am to remain counsel of record for the following party(ies):

---

✔ **Please update my name and/or firm information *in the above-entitled action only* as follows:**

Former name: _____
New name: _____
New firm/government agency name: Powell & Majestro, P.L.L.C.
New mailing address: 405 Capitol Street   Suite P-1200
City/State/Zip Code: Charleston, WV 25301
New telephone number: 304-346-2889
New fax number: 304-346-2895
New e-mail address: csmith@powellmajestro.com
*(provide only if a registered CM/ECF e-filer)*

| | | |
|---|---|---|
| Date: | 1/25/23 | Christina L. Smith |
| | | *s/ Electronic Signature* |
| | *State Bar number:* | 7509 |
| | *Firm/Government Agency:* | Powell & Majestro, PLLC |
| | *Mailing Address:* | 405 Capitol Street, Suite P-1200 |
| | *City/State/Zip Code:* | Charleston, WV 25301 |
| | *Telephone number:* | 304-346-2889 |
| | *Fax number:* | 304-346-2895 |
| | *E-mail:* | csmith@powellmajestro.com |

*An attorney who seeks to withdraw other than under L R Civ P 83.4(a) or (b) must file a motion to withdraw and show good cause. The attorney must notify his or her client of the motion.*

Page 3 of 3