L R Civ P 83.6 Form (06/08/2018)
L R Cr P 44.6 Form (06/08/2018)



**RESET FORM**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT HUNTINGTON

GENBIOPRO, INC.,
    Plaintiff,

**V.**

MARK A. SORSAIA, in his official capacity as Prosecuting Attorney of Putnam County AND PATRICK MORRISEY, in his official capacity as Attorney General of West Virginia,
    Defendants.

**STATEMENT OF VISITING ATTORNEY**
**AND DESIGNATION OF LOCAL COUNSEL**

**CIVIL ACTION NUMBER** 3:23-cv-00058

Daphne O'Connor, Arnold & Porter Kaye Scholer LLP

DC   450563

*Name of Visiting Attorney and firm name*   *State Bar ID number*

GenBioPro, Inc.

*Name of party represented*

District of Columbia, 901 4th Street, NW, Washington, DC 20001 (Bar No. 450563)
Florida, 651 E Jefferson Street, Tallahassee, FL 32399 (Bar No. 126354)

*Name and address of the Bar(s) of which the Visiting Attorney is a member in good standing*

601 Massachusetts Ave., NW
Washington, DC 20001-3743

*Visiting Attorney's office address*

202-942-6723   202-942-5999   daphne.oconnor@arnoldporter.com

*Visiting Attorney's office telephone number*   *Office fax number*   *Email address*

Anthony J. Majestro
Powell & Majestro PLLC

WV   5165

*Name of Sponsoring Attorney and firm name*   *WV Bar ID number*

405 Capitol Street, Suite P1200
Charleston, WV 25301

*Sponsoring Attorney's office address*

304-346-2889   304-346-2895   amajestro@powellmajestro.com

*Sponsoring Attorney's office telephone number*   *Office fax number*   *Email address*

PAGE 1 of 2 PAGES

## VISITING ATTORNEY'S CERTIFICATION

I hereby certify that I am a member in good standing of the Bar(s) listed in the Statement of Visiting Attorney and that I have never been convicted of a felony. I further certify that I have paid the West Virginia State Bar its prescribed pro hac vice fee for this case, and complied with the West Virginia State Bar's requirements for attorneys admitted pro hac vice.

1/20/23
*Date*

*Daphne O'Connor* (signature)
*Signature of Visiting Attorney*

## SPONSORING ATTORNEY'S CERTIFICATION

I hereby certify that I am admitted to practice before the Supreme Court of Appeals of West Virginia, I am a member in good standing of the West Virginia State Bar, and I am a member of the bar of this Court. I further certify that I have an office for the practice of law in West Virginia, and I practice law primarily in West Virginia. I agree that pleadings, notices, and other papers may be served on me in this case. I consent to being the Sponsoring Attorney for the above-named Visiting Attorney and I shall hereafter sign all papers that require the signature of an attorney.

January 24, 2023
*Date*

(signature)
*Signature of Sponsoring Attorney*

### ** ELECTRONIC FILING REQUIREMENT **

Electronic filing is required in the United States District Court for the Southern District of West Virginia. Please refer to the Court's website at www.wvsd.uscourts.gov under **CM/ECF Information > Electronic Filing > Administrative Procedures for Electronic Case Filing in the SDWV** for guidance. Specific requirements regarding logins and passwords and the registration process may be found at **Section 6. E-File Registration.**