# Ciliberti, Angelique

| | |
|---|---|
| **From:** | O'Connor, Daphne |
| **Sent:** | Wednesday, January 25, 2023 1:54 PM |
| **To:** | Ciliberti, Angelique |
| **Subject:** | FW: Transaction Receipt from The West Virginia State Bar for $358.00 (USD) |

**From:** Auto-Receipt <noreply@mail.authorize.net>
**Sent:** Wednesday, January 25, 2023 12:16 PM
**To:** O'Connor, Daphne <Daphne.OConnor@arnoldporter.com>
**Subject:** Transaction Receipt from The West Virginia State Bar for $358.00 (USD)

External E-mail

### Order Information

| | |
|---|---|
| Description: | Online Payment: Pro Hac Vice - Case Payment |
| Invoice Number | 1f7fadc3a8749d538282 |
| Customer ID | 51301 |

**Billing Information**
Angelique Ciliberti
[redacted]

daphne.oconnor@arnoldporter.com

**Shipping Information**

**Total:** **$358.00 (USD)**

### Payment Information

| | |
|---|---|
| Date/Time: | 25-Jan-2023 9:16:05 PST |
| Transaction ID: | 64171365095 |
| Payment Method: | [redacted] |
| Transaction Type: | Purchase |
| Auth Code: | 08178I |

### Merchant Contact Information

The West Virginia State Bar
Charleston, WV 25311
US
halls@wvbar.org
Thank you for your payment. If you have any questions regarding this payment call 304-553-7220.

1