# Ciliberti, Angelique

| | |
|---|---|
| **From:** | Katerberg, Robert J. |
| **Sent:** | Wednesday, January 25, 2023 1:44 PM |
| **To:** | Ciliberti, Angelique |
| **Subject:** | Fwd: Transaction Receipt from The West Virginia State Bar for $358.00 (USD) |

Begin forwarded message:

> **From:** Auto-Receipt <noreply@mail.authorize.net>
> **Date:** January 25, 2023 at 11:11:04 AM CST
> **To:** "Katerberg, Robert J." <Robert.Katerberg@arnoldporter.com>
> **Subject: Transaction Receipt from The West Virginia State Bar for $358.00 (USD)**
> **Reply-To:** Sarah Hall <halls@wvbar.org>

External E-mail

### Order Information

| | |
|---|---|
| Description: | Online Payment: Pro Hac Vice - Case Payment |
| Invoice Number | 9fa6215d963f9fbda9ab |
| Customer ID | 51299 |

**Billing Information**  **Shipping Information**
Angelique Ciliberti

robert.katerberg@arnoldporter.com

**Total: $358.00 (USD)**

### Payment Information

| | |
|---|---|
| Date/Time: | 25-Jan-2023 9:10:41 PST |
| Transaction ID: | 64171355055 |
| Payment Method: | |
| Transaction Type: | Purchase |
| Auth Code: | 01264I |

### Merchant Contact Information

The West Virginia State Bar

1

Charleston, WV 25311
US
halls@wvbar.org
Thank you for your payment. If you have any questions regarding this payment call 304-553-7220.