**L R Civ P 83.6 Form (06/08/2018)**
**L R Cr P 44.6 Form (06/08/2018)**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT  HUNTINGTON

GenBioPro, Inc.

**STATEMENT OF VISITING ATTORNEY**
**AND DESIGNATION OF LOCAL COUNSEL**

**V.**

Mark A. Sorsaia, in his official capacity as
Prosecuting Attorney of Putnam County and
Patrick Morrisey, in his official capacity as
Attorney General of West Virginia

**CIVIL ACTION  NUMBER** **3:23-cv-00058**  +

| | |
|---|---|
| Ariela M. Migdal, Kellogg Hansen, Todd, Figel & Frederick, P.L.L.C. | 494584 |
| *Name of Visiting Attorney and firm name* | *State Bar ID number* |

GenBioPro, Inc.

*Name of party represented*

State of New York: Admissions Office, State Street, Room 511, Albany, NY 12223
District of Columbia Court of Appeals: District of Columbia Bar Association, 901 4th Street, N.W., Washington, DC 20001

*Name and address of the Bar(s) of which the Visiting Attorney is a member in good standing*

1615 M Street, N.W., Suite 400, Washington, DC 20036

*Visiting Attorney's office address*

| 202-326-7917 | 202-326-7999 | amigdal@kellogghansen.com |
|---|---|---|
| *Visiting Attorney's office telephone number* | *Office fax number* | *Email address* |

| Anthony J. Majestro | | |
| Powell & Majestro PLLC | WV  5165 |
|---|---|
| *Name of Sponsoring Attorney and firm name* | *WV Bar ID number* |

405 Capitol Street, Suite P1200
Charleston, WV  25301

*Sponsoring Attorney's office address*

| 304-346-2889 | 304-346-2895 | amajestro@powellmajestro.com |
|---|---|---|
| *Sponsoring Attorney's office telephone number* | *Office fax number* | *Email address* |

**PAGE 1 of 2 PAGES**

## VISITING ATTORNEY'S CERTIFICATION

I hereby certify that I am a member in good standing of the Bar(s) listed in the Statement of Visiting Attorney and that I have never been convicted of a felony.  I further certify that I have paid the West Virginia State Bar its prescribed pro hac vice fee for this case, and complied with the West Virginia State Bar's requirements for attorneys admitted pro hac vice.

_____1/18/2023_____
**Date**

_____
**Signature of Visiting Attorney**

## SPONSORING ATTORNEY'S CERTIFICATION

I hereby certify that I am admitted to practice before the Supreme Court of Appeals of West Virginia, I am a member in good standing of the West Virginia State Bar,  and I am a member of the bar of this Court.  I further certify that I have an office for the practice of law in West Virginia, and I practice law primarily in West Virginia.   I agree that pleadings, notices, and other papers may be served on me in this case. I consent to being the Sponsoring Attorney for the above-named Visiting Attorney and I shall hereafter sign all papers that require the signature of an attorney.

_____January 24, 2023_____
**Date**

_____
**Signature of Sponsoring Attorney**

### ** ELECTRONIC FILING REQUIREMENT **

Electronic filing is required in the United States District Court for the Southern District of West Virginia. Please refer to the Court's website at **www.wvsd.uscourts.gov** under **CM/ECF Information > Electronic Filing > Administrative Procedures for Electronic Case Filing in the SDWV** for guidance. Specific requirements regarding logins and passwords and the registration process may be found at **Section 6.  E-File Registration**.