

 Ariela M. Migdal
**Log out**

# Thank You for Your Payment

Thank you for submitting your information and payment. You will be contacted if further information is needed. Decisions of granting or denying Pro Hac Vice motions are not made by The West Virginia State Bar, but by the tribunal to which the motion was submitted. For more information please emal PHV@wvbar.org

To view your submission status click here

Your transaction has been processed successfully.
An email receipt has also been sent to ktondrowski@kellogghansen.com

**Payment Information**

| Item | Qty | Unit Price | Total Price |
| --- | --- | --- | --- |
| Number of Out-Of-State Lawyers | 1 | $358.00 | $358.00 |

**Payment Total: $358.00**
Date: **January 25th, 2023 3:02 PM**
Transaction #: 64171686352

**PHV Case Information**

Civil Action Number

23-cv-00058

Email

amigdal@kellogghansen.com

**Billing Name and Address**

Lynn M. Taylor
1615 M ST NW
WASHINGTON, DC 20036

**Your Email**

ktondrowski@kellogghansen.com

**Credit Card**

MasterCard
************6096
Expires: September 2023

All Contents Copyright © 2023, The WV State Bar. All Rights Reserved.

The West Virginia State Bar | 2000 Deitrick Boulevard, Charleston, WV 25311-1231

Phone: 304-553-7220

Click here for assistance if you are having technical difficulties or have questions.