L R Civ P 83.6 Form (06/08/2018)
L R Cr P 44.6 Form (06/08/2018)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
AT HUNTINGTON

GenBioPro, Inc.

**V.**

Mark A. Sorsaia, in his official capacity as Prosecuting Attorney of Putnam County and Patrick Morrisey, in his official capacity as Attorney General of West Virginia

**STATEMENT OF VISITING ATTORNEY AND DESIGNATION OF LOCAL COUNSEL**

CIVIL ACTION NUMBER 3:23-cv-00058

---

David C. Frederick, Kellogg Hansen, Todd, Figel & Frederick, P.L.L.C.     431864

*Name of Visiting Attorney and firm name*     *State Bar ID number*

GenBioPro, Inc.

*Name of party represented*

Pennsylvania: 601 Commonwealth Avenue, Suite 5600, P.O. Box 62625, Harrisburg, PA 17106
District of Columbia Court of Appeals: District of Columbia Bar Association, 901 4th Street, N.W., Washington, DC 20001

*Name and address of the Bar(s) of which the Visiting Attorney is a member in good standing*

1615 M Street, N.W., Suite 400, Washington, DC 20036

*Visiting Attorney's office address*

202-326-7951     202-326-7999     dfrederick@kellogghansen.com

*Visiting Attorney's office telephone number*     *Office fax number*     *Email address*

Anthony J. Majestro
Powell & Majestro PLLC                                                  WV  5165

*Name of Sponsoring Attorney and firm name*     *WV Bar ID number*

405 Capitol Street, Suite P1200
Charleston, WV  25301

*Sponsoring Attorney's office address*

304-346-2889     304-346-2895     amajestro@powellmajestro.com

*Sponsoring Attorney's office telephone number*     *Office fax number*     *Email address*

PAGE 1 of 2 PAGES

## VISITING ATTORNEY'S CERTIFICATION

I hereby certify that I am a member in good standing of the Bar(s) listed in the Statement of Visiting Attorney and that I have never been convicted of a felony. I further certify that I have paid the West Virginia State Bar its prescribed pro hac vice fee for this case, and complied with the West Virginia State Bar's requirements for attorneys admitted pro hac vice.

January 23, 2023
*Date*

*/s/ David C. Frederick*
*Signature of Visiting Attorney*

## SPONSORING ATTORNEY'S CERTIFICATION

I hereby certify that I am admitted to practice before the Supreme Court of Appeals of West Virginia, I am a member in good standing of the West Virginia State Bar, and I am a member of the bar of this Court. I further certify that I have an office for the practice of law in West Virginia, and I practice law primarily in West Virginia. I agree that pleadings, notices, and other papers may be served on me in this case. I consent to being the Sponsoring Attorney for the above-named Visiting Attorney and I shall hereafter sign all papers that require the signature of an attorney.

January 24, 2023
*Date*

*Signature of Sponsoring Attorney*

### ** ELECTRONIC FILING REQUIREMENT **

Electronic filing is required in the United States District Court for the Southern District of West Virginia. Please refer to the Court's website at www.wvsd.uscourts.gov under **CM/ECF Information > Electronic Filing > Administrative Procedures for Electronic Case Filing in the SDWV** for guidance. Specific requirements regarding logins and passwords and the registration process may be found at **Section 6. E-File Registration.**