

David C. Frederick
Log out

# Thank You for Your Payment

Thank you for submitting your information and payment. You will be contacted if further information is needed. Decisions of granting or denying Pro Hac Vice motions are not made by The West Virginia State Bar, but by the tribunal to which the motion was submitted. For more information please emal PHV@wvbar.org

To view your submission status click here

Your transaction has been processed successfully.
An email receipt has also been sent to dfrederick@kellogghansen.com

## Payment Information

| Item | Qty | Unit Price | Total Price |
| --- | --- | --- | --- |
| Number of Out-Of-State Lawyers | 1 | $358.00 | $358.00 |

**Payment Total: $358.00**
Date: **January 25th, 2023 12:17 PM**
Transaction #: 64171368500

## PHV Case Information

Civil Action Number

23-cv-00058

Email

dfrederick@kellogghansen.com

## Billing Name and Address

Lynn M. Taylor
1615 M ST NW
WASHINGTON, DC 20036

## Your Email

dfrederick@kellogghansen.com

## Credit Card

MasterCard
************6096
Expires: September 2023

Case 3:23-cv-00058   Document 9-1   Filed 01/27/23   Page 2 of 2 PageID #: 69

All Contents Copyright © 2023, The WV State Bar. All Rights Reserved.

The West Virginia State Bar | 2000 Deitrick Boulevard, Charleston, WV 25311-1231

Phone: 304-553-7220

Click here for assistance if you are having technical difficulties or have questions.