Case 3:23-cv-00058    Document 12-1    Filed 01/30/23    Page 1 of 2 PageID #: 80



 Skye Perryman                                                                                                  Log out

# Thank You for Your Payment

Thank you for submitting your information and payment. You will be contacted if further information is needed. Decisions of granting or denying Pro Hac Vice motions are not made by The West Virginia State Bar, but by the tribunal to which the motion was submitted. For more information please emal PHV@wvbar.org

To view your submission status click here

Your transaction has been processed successfully.
An email receipt has also been sent to sperryman@democracyforward.org

**Payment Information**

| Item | Qty | Unit Price | Total Price |
|---|---|---|---|
| Number of Out-Of-State Lawyers | 1 | $358.00 | $358.00 |

**Payment Total: $358.00**
Date: **January 27th, 2023 2:53 PM**
Transaction #: 64175255639

**PHV Case Information**

Civil Action Number

3:23-cv-00058

Email

sperryman@democracyforward.org

**Billing Name and Address**

Andrianna Dunbar
PO BOX 34553
WASHINGTON, DC 20043

**Your Email**

sperryman@democracyforward.org

**Credit Card**

Amex
***********1009
Expires: July 2027

All Contents Copyright © 2023, The WV State Bar. All Rights Reserved.
The West Virginia State Bar | 2000 Deitrick Boulevard, Charleston, WV 25311-1231
Phone: 304-553-7220

Click here for assistance if you are having technical difficulties or have questions.