AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

| | |
|---|---|
| GENBIOPRO, INC., <br><br> *Plaintiff(s)* <br> v. <br> MARK A. SORSAIA, in his official capacity as Prosecuting Attorney of Putnam County AND PATRICK MORRISEY, in his official capacity as Attorney General of West Virginia, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:23-cv-00058 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MARK A. SORSAIA, in his official capacity as Prosecuting Attorney of Putnam County
Office of the Prosecuting Attorney
Putnam County Judicial Building 12093 Winfield Road
Winfield, West Virginia 25213

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Anthony J. Majestro WV Bar No. 5165
Christina L. Smith W.Va. Bar No. 7509
POWELL & MAJESTRO P.L.L.C.
405 Capitol Street
Suite P-1200
Charleston, WV 25301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____01/25/2023_____          s/Rory L. Perry
                                    *Signature*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:23-cv-00058

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* MARK A. SORSAIA - Prosecuting Attorney of Putnam County
was received by me on *(date)* 01/31/2023.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Katelyn Barr (Legal Assistant & Authorized to accept service for Mark A. Sorsais), who is designated by law to accept service of process on behalf of *(name of organization)* Putnam County Judicial Building, 12093 Winfield Rd., Winfield, WV 25213 on *(date)* 01/31/2023 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 36.25 for travel and $ 75.00 for services, for a total of $ 111.25   0.00.

I declare under penalty of perjury that this information is true.

Date: 01/31/2023

*Server's signature:* Robert J. MacDonald

*Printed name and title:* Robert J. MacDonald - Private Investigator

*Server's address:* P.O. Box 11374, Charleston, WV 25339

Additional information regarding attempted service, etc:
cell: 304-552-8351