(06/2017)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT HUNTINGTON

**GENBIOPRO, INC.,**
    *Plaintiff,*

v.

**MARK A. SORSAIA,** *in his official capacity as Prosecuting Attorney of Putnam County* **AND PATRICK MORRISEY,** *in his official capacity as Attorney General of West Virginia,*
    *Defendants.*

**DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST**

**CASE NUMBER** 3:23-cv-00058

Pursuant to F R Civ P 7.1, __**Plaintiff**_____,
    (type of party)

who is __**GenBioPro, Inc.**_____, makes the following disclosure:
    (name of party)

1. Is the party a non-governmental corporate party?

    ☑ YES      ☐ NO

2. If the answer to Number 1 is "yes," list below any parent corporation or state that there is no such corporation:

    **Xenia Holdco LLC**

3. If the answer to Number 1 is "yes," list below any publicly-held corporation that owns 10% or more of the party's stock or state that there is no such corporation:

    **No publicly held corporation owns 10% or more of its stock.**

The undersigned party understand that under F R Civ P 7.1, it will promptly file a supplemental statement upon any change in the information that this statement requires.

Date: 02/03/2022      /s/ Anthony J. Majestro
    Signature of Counsel for Party