IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

**GENBIOPRO, INC.,**

    *Plaintiff*,

    v.                                              Civil Action No. 3:23-cv-00058

**MARK A. SORSAIA, in his official
capacity, AND PATRICK MORRISEY, in**      Hon. Robert C. Chambers
**his official capacity,**

    *Defendants.*

## MOTION TO DISMISS

Defendant, Patrick Morrisey, in his official capacity as Attorney General of the State of West Virginia, respectfully moves this Court under Fed. R. Civ. P. 12(b) for an order dismissing Plaintiff's complaint. As further explained in the Memorandum in Support of this Motion filed contemporaneously herewith, dismissal is proper here because Plaintiff lacks standing, as it has not shown an injury in fact or redressability, *see* Fed. R. Civ. P. 12(b)(1), and Plaintiff fails to state claims upon which relief may be granted, *see* Fed. R. Civ. P. 12(b)(6).

For these reasons, as laid out in full in the accompanying memorandum in support, the Court should dismiss the Complaint.

                                               Respectfully submitted,

                                               By counsel,

                                               PATRICK MORRISEY
                                                *West Virginia Attorney General*

                                               /s/ *Curtis R. A. Capehart*
                                               Douglas P. Buffington II (WV Bar # 8157)
                                                *Chief Deputy Attorney General*
                                               Curtis R.A. Capehart (WV Bar # 9876)
                                                *Deputy Attorney General*

OFFICE OF THE WEST VIRGINIA ATTORNEY
GENERAL
State Capitol Complex
1900 Kanawha Blvd. E, Building 1, Room E-26
Charleston, WV 25305-0220
Telephone: (304) 558-2021
Facsimile: (304) 558-0140
Email: Curtis.R.A.Capehart@wvago.gov

Denise M. Harle *
ALLIANCE DEFENDING FREEDOM
1000 Hurricane Shoals Rd. NE, Ste. D-1100
Lawrenceville, GA 30043
Tel.: (770) 339-0774
Fax: (770) 339-6744
dharle@adflegal.org

Erin M. Hawley *
ALLIANCE DEFENDING FREEDOM
440 First Street NW, Ste. 600
Washington, DC 20001
Tel.: (202) 393-8690
Fax: (202) 347-3622
ehawley@adflegal.org

* Visiting Attorneys (visiting attorney fees paid to West Virginia State Bar; Statements of Visiting Attorneys forthcoming)

*Counsel for Defendant, Patrick Morrisey, in his official capacity as Attorney General of the State of West Virginia*

DATE: February 21, 2023

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

**GENBIOPRO, INC.,**

    *Plaintiff*,

    v.                                        Civil Action No. 3:23-cv-00058

**MARK A. SORSAIA, in his official capacity, AND PATRICK MORRISEY, in his official capacity,**        Hon. Robert C. Chambers

    *Defendants*.

## CERTIFICATE OF SERVICE

I hereby certify that, on this 21st day of February, I electronically filed the foregoing "Motion to Dismiss" with the Clerk of Court and all parties using the CM/ECF System.

                                                    */s/ Curtis R. A. Capehart*
                                                    Curtis R. A. Capehart
                                                     *Deputy Attorney General*