IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

**GENBIOPRO, INC.,**

    *Plaintiff*,

    v.    Civil Action No. 3:23-cv-00058

**MARK A. SORSAIA, in his official capacity, AND PATRICK MORRISEY, in his official capacity,**    Hon. Robert C. Chambers

    *Defendants.*

### [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS

Defendant, Patrick Morrisey, in his official capacity as Attorney General of the State of West Virginia, through counsel, filed a motion to dismiss [ECF No. XX] on February 21, 2023. Having considered Defendant's Memorandum in Support [ECF No. XX], Plaintiff's Response in Opposition [ECF No. XX], and Defendants' Reply [ECF No. XX], the Court concludes both that Plaintiff lacks standing to bring its claims, and, even if it had standing, its counts fail to state a claim upon which relief can be granted. *See* Fed. R. Civ. P. 12(b)(1), (6). Accordingly, the Court **GRANTS** Defendant's motion and **ORDERS** that the complaint [ECF No. 1] be dismissed.

ORDERED:_____, 2023
/s/_____
United States District Judge