UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

AT HUNTINGTON

GenBioPro, Inc.,

           Plaintiff,

v.                                                Civil Action No. 3:23-cv-00058

Mark A. Sorsaia, et al.,

           Defendants.

## NOTICE OF APPEARANCE

You will please take notice that the undersigned hereby appears in the captioned civil action as attorney for the State of Alabama, State of Arkansas, State of Florida, State of Georgia, State of Idaho, State of Indiana, State of Iowa, State of Kansas, State of Kentucky, State of Louisiana, State of Mississippi, State of Missouri, State of Montana, State of Nebraska, State of North Dakota, State of Ohio, State of Oklahoma, State of South Carolina, State of South Dakota, State of Tennessee, and State of Texas.

Dated this 28th day of February, 2023.

                                                      **ROBINSON & McELWEE PLLC**

                                                      /s/ Jeffrey A. Kimble
                                                      Jeffrey A. Kimble
                                                      (W. Va. State Bar I.D.: 4928)

                                                      Post Office Box 128
                                                      140 West Main Street, Suite 300
                                                      Clarksburg, West Virginia 26302-0128
                                                      (304) 326-5314

                                                      Attorney for the State of Alabama, State of Arkansas, State of Florida, State of Georgia, State of Idaho, State of Indiana, State of Iowa, State of Kansas, State of Kentucky, State of Louisiana, State of Mississippi, State of Missouri, State of Montana, State of Nebraska, State of North Dakota, State of Ohio, State of Oklahoma, State of South Carolina, State of South Dakota, State of Tennessee, and State of Texas

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

AT HUNTINGTON

GenBioPro, Inc.,

           Plaintiff,

v.                                                Civil Action No. 3:23-cv-00058

Mark A. Sorsaia, et al.,

           Defendants.

### CERTIFICATE OF SERVICE

       I, Jeffrey A. Kimble, do hereby certify that on the 28th day of February, 2023, I have caused to be electronically filed the foregoing Notice of Appearance with the Clerk of this Court using the CM/ECF System, which will send notification of such filing to all counsel by operation of the Court's electronic filing system.

                                                 /s/ Jeffrey A. Kimble
                                                  Jeffrey A. Kimble
                                                  (W. Va. State Bar I.D.:  4928)