**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**HUNTINGTON DIVISION**

**GENBIOPRO, INC.,**                                                                  **PLAINTIFF,**

**v.**                                     **Case No. 3:23-cv-00058**

**MARK A. SORSAIA,** *et al.*,                                          **DEFENDANTS.**

**MOTION OF ARKANSAS, ALABAMA, FLORIDA, GEORGIA, IDAHO, INDIANA, IOWA, KANSAS, KENTUCKY, LOUISIANA, MISSISSIPPI, MISSOURI, MONTANA, NEBRASKA, NORTH DAKOTA, OHIO, OKLAHOMA, SOUTH CAROLINA, SOUTH DAKOTA, TENNESSEE, AND TEXAS AS AMICI CURIAE IN SUPPORT OF DEFENDANTS**

Proposed Amici are the States of Arkansas, Alabama, Florida, Georgia, Idaho, Indiana, Iowa, Kansas, Kentucky, Louisiana, Mississippi, Missouri, Montana, Nebraska, North Dakota, Ohio, Oklahoma, South Carolina, South Dakota, Tennessee, and Texas. Proposed Amici respectfully move for leave to file an amicus brief in support of the Defendants in this matter.

## INTEREST OF PROPOSED AMICI CURIAE

Eight months ago, the Supreme Court overruled *Roe v. Wade* and returned the authority to regulate or prohibit abortion to "the citizens of each State." *Dobbs v. Jackson Women's Health Org.*, 142 S. Ct. 2228, 2284 (2022). In response, many States enacted laws prohibiting, restricting, or otherwise regulating abortion. West Virginia was one of them. GenBioPro disagrees with *Dobbs* and the citizens of West Virginia, and it has brought this case to override both. The Proposed Amici States all prohibit, restrict, or otherwise regulate abortion. Each of the Proposed Amici has a sovereign interest in protecting their citizens—born and unborn—and write to explain why those laws are not preempted under an outlandish interpretation of the Food, Drug and Cosmetic Act.

## ARGUMENT

District courts have broad discretion to allow participation of amici curiae.  While this Court does not have specific rules for the filing of amicus briefs, it has "discretion" to allow them. *Ohio Valley Envtl. Coal., Inc. v. McCarthy*, 313 F.R.D. 10, 32 (S.D. W.Va. 2015).  "Courts typically grant amicus status where the parties 'contribute to the court's understanding of the matter in question' by proffering timely and useful information."  *Ga. Aquarium, Inc. v. Pritzker*, 135 F. Supp. 3d 1280, 1288 (N.D. Ga. 2015).

Here, Proposed Amici offer timely and useful information.  This brief is submitted with sufficient time for Plaintiffs to respond.  *Cf.* Fed. R. App. P. 29 advisory committee note (1998) (explaining that an amicus brief filed shortly after the brief it supports gives the opposing party sufficient time to respond).  Indeed, opposing counsel had notice of the brief: Proposed Amici informed them of our plans to file a brief on February 23.  Proposed Amici's brief will also be useful to the Court.  *United States ex rel. Gudur v. Deloitte Consulting LLP*, 512 F. Supp. 2d, 920, 927 (S.D. Tex. 2007).  *Dobbs* explained that States retain authority to regulate or prohibit abortion; the brief confirms that the FDA has not supplanted the States' role by determining that mifepristone is effective at killing unborn children.

With these arguments, the Proposed Amici will fulfill the classic role of amici curiae: "assisting the court in cases of general public interest by making suggestions to the court, by providing supplementary assistance to existing counsel, and by insuring a complete and plenary presentation of difficult issues so that the court may reach a proper decision."  *Newark Branch, NAACP v. Harrison*, 940 F.2d 792, 808 (3d Cir. 1991) (citation omitted).

## CONCLUSION

For all these reasons, the Court should grant this motion and allow Proposed Amici to file the attached brief.

Dated:  February 28, 2023

Jeffrey A. Kimble
ROBINSON & McELWEE PLLC
140 West Main Street, Suite 300
Clarksburg, WV 26301
Telephone: (304) 326-5314
Facsimile: (304) 622-5065
Email: jak@ramlaw.com

Respectfully submitted,

TIM GRIFFIN
  Arkansas Attorney General

Nicholas J. Bronni*
  Arkansas Solicitor General

Dylan L. Jacobs*
  Deputy Solicitor General

Asher L. Steinberg*
  Senior Assistant Solicitor General
OFFICE OF THE ARKANSAS
  ATTORNEY GENERAL
323 Center Street, Suite 200
Little Rock, Arkansas  72201
(501) 682-1051
(501) 682-7395 (fax)
asher.steinberg@arkansasag.gov

*Visiting Attorney

Counsel for Amici States

3

## ADDITIONAL COUNSEL

STEVE MARSHALL
Alabama Attorney General

ASHLEY MOODY
Florida Attorney General

CHRIS CARR
Georgia Attorney General

RAÚL LABRADOR
Idaho Attorney General

THEODORE E. ROKITA
Indiana Attorney General

BRENNA BIRD
Iowa Attorney General

KRIS W. KOBACH
Kansas Attorney General

DANIEL CAMERON
Kentucky Attorney General

JEFF LANDRY
Louisiana Attorney General

LYNN FITCH
Mississippi Attorney General

ANDREW BAILEY
Missouri Attorney General

AUSTIN KNUDSEN
Montana Attorney General

MICHAEL T. HILGERS
Nebraska Attorney General

DREW WRIGLEY
North Dakota Attorney General

DAVE YOST
Ohio Attorney General

GENTNER DRUMMOND
Oklahoma Attorney General

ALAN WILSON
South Carolina Attorney General

MARTY JACKLEY
South Dakota Attorney General

JONATHAN SKRMETTI
Tennessee Attorney General

KEN PAXTON
Texas Attorney General

**CERTIFICATE OF SERVICE**

I certify that on February 28, 2023, I electronically filed the foregoing with the Clerk of

the Court using the CM/ECF system, which will send notification of such filing to all counsel of

record.


/s/ *Jeffrey A. Kimble*
Jeffrey A. Kimble