IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

GENBIOPRO, INC.,

        Plaintiff,

v.                                              Civil Action No. 3:23-cv-00058
                                              Hon. Robert C. Chambers

MARK A. SORSAIA, in his official
capacity as Prosecuting Attorney of
Putnam County, and PATRICK MORRISEY,
in his official capacity as Attorney General
in West Virginia,

        Defendants.

**PLAINTIFF'S UNOPPOSED MOTION TO
EXTEND DEADLINE TO RESPOND TO
DEFENDANT MARK A. SORSAIA MOTION TO DISMISS**

        On this day comes the Plaintiff, by and through counsel, Anthony J. Majestro, and requests an extension of five days in which to file its Response to Defendant Mark A. Sorsaia ("Defendant Sorsaia") Motion to Dismiss (Doc 17).

        On February 16, 2023, Defendant Sorsaia filed his Rule 12(B)(1) and Rule 12(B)(6) Motion to Dismiss, requiring a response from Plaintiff on or before March 2, 2023. Five days later, on February 21, 2023, Defendant Patrick Morrisey ("Defendant Morrisey") filed his Rule 12(B)(1) and Rule 12(B)(6) Motion to Dismiss (Doc. 19), requiring a response from Plaintiff on or before March 7, 2023.

        Because both Motions to Dismiss have some overlapping issues and in the interest of judicial economy, Plaintiff requests an extension of five days to March 7, 2023, in which to respond to Defendant Sorsaia's Motion to Dismiss.

Counsel for Defendant Sorsaia has authorized Plaintiff to represent to the Court that she does not object to the five-day extension.

WHEREFORE, Plaintiff moves for the Court to extend the deadline by which it must file its response to the Defendant Sorsaia's Motion to Dismiss to March 7, 2023.

Dated: March 1, 2023                              Respectfully submitted,

**GENBIOPRO, INC.**
**By Counsel**

David C. Frederick (pro hac vice)   s/ Anthony J. Majestro_____
Ariela M. Migdal (pro hac vice)     Anthony J. Majestro (WVSB 5165)
Eliana Margo Pfeffer (pro hac vice) Christina L. Smith (WVSB 7509)
Mary Charlotte Y. Carroll (pro hac vice) POWELL & MAJESTRO PLLC
KELLOGG, HANSEN, TODD,              405 Capitol Street, Suite P1200
   FIGEL & FREDERICK, PLLC          Charleston, WV 25301
1615 M Street, NW, Suite 400        Ph: 304-346-2889
Washington, DC 20036                amajestro@powellmajestro.com
Ph: 202-326-7900                    csmith@powellmajestro.com
dfrederick@kellogghansen.com
amigdal@kellogghansen.com           John P. Elwood (pro hac vice)
epfeffer@kellogghansen.com          Daphne O'Connor (pro hac vice)
mcarroll@kellogghansen.com          Robert J. Katerberg (pro hac vice)
                                    ARNOLD & PORTER KAY SCHOLER LLP
Skye L. Perryman (pro hac vice)     601 Massachusetts Avenue, NW
Kristen Miller (pro hac vice)       Washington, DC 20001
DEMOCRACY FORWARD                   john.elwood@arnoldporter.com
   FOUNDATION                       daphne.oconnor@arnoldporter.com
PO Box 34553                        robert.katerberg@arnoldporter.com
Washington, DC 20043
Ph: 202-448-9090
sperryman@democracyforward.org
kmiller@democracyforward.org

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

GENBIOPRO, INC.,

      Plaintiff,

v.

MARK A. SORSAIA, in his official
capacity as Prosecuting Attorney of
Putnam County, and PATRICK MORRISEY,
in his official capacity as Attorney General
in West Virginia,

      Defendants.

Civil Action No. 3:23-cv-00058
Hon. Robert C. Chambers

## CERTIFICATE OF SERVICE

      I hereby certify that on this 28th day of February, 2023, I electronically filed the foregoing "**PLAINTIFF'S UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO DEFENDANT MARK A. SORSAIA MOTION TO DISMISS** with the Clerk of the Court and all parties using the CM/ECF system.

      s/ Anthony J. Majestro
      Anthony J. Majestro (WVSB 5165)