IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

GENBIOPRO, INC.,

        Plaintiff,

v.                                                                   Civil Action No. 3:23-cv-00058
                                                                   Hon. Robert C. Chambers

MARK A. SORSAIA, in his official
capacity as Prosecuting Attorney of
Putnam County, and PATRICK MORRISEY,
in his official capacity as Attorney General
in West Virginia,

        Defendants.

**ORDER GRANTING PLAINTIFF'S MOTION TO
EXTEND DEADLINE TO RESPOND TO
DEFENDANT MARK A. SORSAIA MOTION TO DISMISS**

        Pending before the Court is Plaintiff's Motion to Extend Deadline to Respond to Defendant Mark A. Sorsaia Motion to Dismiss. See ECF No. 17. Plaintiff asks for a five-day extension.

        Based on representations made to this Court, Plaintiff's motion is **GRANTED**, and Plaintiff shall file its Response to the Sorsaia Motion to Dismiss on March 7, 2023.

        The Clerk is directed to send copies of this Order to those counsel of record who have registered to receive an electronic NEF.

        IT IS SO ORDERED this _____ day of March, 2023.

                                                             _____
                                                             **Robert C. Chambers**
                                                             **United States District Judge**