IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

GENBIOPRO, INC.,

    *Plaintiff*,

v.

MARK A. SORSAIA, *in his official capacity as Prosecuting Attorney of Putnam County* AND PATRICK MORRISEY, *in his official capacity as Attorney General of West Virginia*,

    *Defendants.*

Civil Action No.: 3:23-cv-00058
(Hon. Robert C. Chambers)

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO EXTEND DEADLINE AND PAGE LIMIT TO RESPOND TO DEFENDANT PATRICK MORRISEY'S MOTION TO DISMISS

Pending before the Court is Plaintiff's Motion to Extend Deadline and Page Limit to Respond to Defendant Patrick Morrisey's Motion to Dismiss. *See* Doc. 19. Plaintiff GenBioPro, Inc. seeks a 10-day extension and an additional 7 pages in which to respond, in light of recent developments in this action.

Based on representations made to this Court, Plaintiff's motion is **GRANTED**, and Plaintiff shall file its Response to Defendant Morrisey's Motion to Dismiss on March 17, 2023.

The Clerk is directed to send copies of this Order to those counsel of record who have registered to receive an electronic NEF.

**IT IS SO ORDERED** this 6th day of March, 2023.

Robert C. Chambers
United States District Judge