IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

GENBIOPRO, INC.,

           Plaintiff,

v.                                                CIVIL ACTION NO.   3:23-0058

MARK A. SORSAIA, in his official capacity
as Prosecuting Attorney of Putnam County and
PATRICK MORRISEY, in his official capacity
as Attorney General of West Virginia,

           Defendants.

**ORDER**

Pending before the Court is a Motion for Leave to File an Amicus Brief in Support of the Defendants by Arkansas and 20 other states.[1] ECF No. 24. As counsel has indicated to the Court that the Motion is unopposed, the Court **GRANTS** the Motion and **DIRECTS** the Clerk to file the attached Amicus Brief. ECF No. 24-1.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

                                      ENTER:       March 6, 2023

                                      ROBERT C. CHAMBERS
                                      UNITED STATES DISTRICT JUDGE

---

[1] Alabama, Florida, Georgia, Idaho, Indiana, Iowa, Kansas, Kentucky, Louisiana, Mississippi, Missouri, Montana, Nebraska, North Dakota, Ohio, Oklahoma, South Carolina, South Dakota, Tennessee, and Texas have joined Arkansas in bringing the Motion.