# Dylan Jacobs

| | |
|---|---|
| **From:** | support@wvbar.org on behalf of The West Virginia State Bar <support@wvbar.org> |
| **Sent:** | Tuesday, February 28, 2023 10:53 AM |
| **To:** | Dylan Jacobs |
| **Subject:** | Receipt - Out of State Lawyer Annual Fee - Pro Hac Vice - PHV-28779 |

**EXTERNAL EMAIL**



**Receipt : Out of State Lawyer Annual Fee - Pro Hac Vice**

Thank you for paying the Pro Hac Vice annual fee.

Please print this confirmation for your records.

**Membership Fee**

| Item Qty | Each | Total |
|---|---|---|
| 1 | $358.00 | $358.00 |

| | |
|---|---|
| Total Amount | $358.00 |
| Date: | February 28th, 2023 11:53 AM |
| Transaction #: | 64227219276 |
| **Name:** | Dylan Jacobs |
| **WVBar ID:** | PHV-28779 |
| **Billing Name and Address:** | DylanLJacobs<br>Dylan L Jacobs<br>[Redacted]<br>[Redacted]<br><br>dylan.jacobs@arkansasag.gov |
| **Name** | Dylan Jacobs |
| **WVBar ID:** | PHV-28779 |