L R Civ P 83.6 Form (06/08/2018)
L R Cr P 44.6  Form (06/08/2018)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
AT HUNTINGTON

| | |
|---|---|
| GenBioPro, Inc. | **STATEMENT OF VISITING ATTORNEY AND DESIGNATION OF LOCAL COUNSEL** |
| V. | |
| Mark A. Sorsaia, et al. | CIVIL ACTION NUMBER 3:23-cv-00058 |

Nicholas J. Bronni, Office of the Arkansas Attorney General       2016097
*Name of Visiting Attorney and firm name*       *State Bar ID number*

State of Arkansas
*Name of party represented*

Arkansas Supreme Court
625 Marshall St.
Little Rock, AR 72201
*Name and address of the Bar(s) of which the Visiting Attorney is a member in good standing*

323 Center Street, Little Rock, AR 72201
*Visiting Attorney's office address*

501-682-6302       501-682-7395       nicholas.bronni@arkansasag.gov
*Visiting Attorney's office telephone number*   *Office fax number*   *Email address*

Jeffrey A. Kimble
Robinson & McElwee PLLC       WV  4928
*Name of Sponsoring Attorney and firm name*       *WV Bar ID number*

P.O. Box 128
140 W. Main St.
Clarksburg, WV 26302
*Sponsoring Attorney's office address*

304-326-5314       304-622-5065       jak@ramlaw.com
*Sponsoring Attorney's office telephone number*   *Office fax number*   *Email address*

PAGE 1 of 2 PAGES

## VISITING ATTORNEY'S CERTIFICATION

I hereby certify that I am a member in good standing of the Bar(s) listed in the Statement of Visiting Attorney and that I have never been convicted of a felony.  I further certify that I have paid the West Virginia State Bar its prescribed pro hac vice fee for this case, and complied with the West Virginia State Bar's requirements for attorneys admitted pro hac vice.

| 02/28/2023 | /s/ Nicholas J. Bronni |
|---|---|
| *Date* | *Signature of Visiting Attorney* |

## SPONSORING ATTORNEY'S CERTIFICATION

I hereby certify that I am admitted to practice before the Supreme Court of Appeals of West Virginia, I am a member in good standing of the West Virginia State Bar,  and I am a member of the bar of this Court.  I further certify that I have an office for the practice of law in West Virginia, and I practice law primarily in West Virginia.   I agree that pleadings, notices, and other papers may be served on me in this case. I consent to being the Sponsoring Attorney for the above-named Visiting Attorney and I shall hereafter sign all papers that require the signature of an attorney.

| 02/28/2023 | /s/ Jeffrey A. Kimble |
|---|---|
| *Date* | *Signature of Sponsoring Attorney* |

### ** ELECTRONIC FILING REQUIREMENT **

Electronic filing is required in the United States District Court for the Southern District of West Virginia. Please refer to the Court's website at www.wvsd.uscourts.gov under **CM/ECF Information > Electronic Filing > Administrative  Procedures for Electronic Case Filing in  the  SDWV** for guidance. Specific  requirements regarding logins and passwords and the registration process may be found at **Section 6.  E-File Registration**.