IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

**GENBIOPRO, INC.,**

    *Plaintiff*,

    v.                                                Civil Action No. 3:23-cv-00058

**MARK A. SORSAIA, in his official capacity, AND PATRICK MORRISEY, in his official capacity,**      Hon. Robert C. Chambers

    *Defendants.*

## UNOPPOSED MOTION TO EXTEND DEADLINE FOR REPLY IN SUPPORT OF DEFENDANT MORRISEY'S MOTION TO DISMISS

Defendant, Patrick Morrisey, in his official capacity as Attorney General of the State of West Virginia, respectfully requests an extension of 7 days in which to file a reply in support of his Motion to Dismiss (ECF No. 19) (the "Motion to Dismiss"). This unopposed request would extend the deadline for the Attorney General's reply from Friday, March 24, 2023, to Friday, 31, 2023.

Plaintiff GenBioPro, Inc. filed its response in opposition to the Motion to Dismiss (ECF No. 35) ("Plaintiff's Response") on its extended deadline of March 17, 2023. On March 20, 2023, the proposed amici curiae supporting Plaintiff's Response filed their motion and brief (ECF No. 40).

In light of the amicus brief and extended argument of the Plaintiff's Response, the Attorney General respectfully requests an extension of the current reply deadline to March 31, 2023.

The undersigned counsel has conferred with Plaintiff's counsel, and Plaintiff's counsel has authorized the undersigned counsel to represent to the Court that he does not object to a 7-day extension of the current reply deadline.

WHEREFORE, Defendant Morrisey moves for the Court to extend the deadline by which he must file a reply in support of the Motion to Dismiss to March 31, 2023.

Respectfully submitted,

By counsel,

PATRICK MORRISEY
*West Virginia Attorney General*

/s/ *Curtis R. A. Capehart*
Douglas P. Buffington II (WV Bar # 8157)
*Chief Deputy Attorney General*
Curtis R.A. Capehart (WV Bar # 9876)
*Deputy Attorney General*
OFFICE OF THE WEST VIRGINIA ATTORNEY GENERAL
State Capitol Complex
1900 Kanawha Blvd. E, Building 1, Room E-26
Charleston, WV 25305-0220
Telephone: (304) 558-2021
Facsimile: (304) 558-0140
Email: Curtis.R.A.Capehart@wvago.gov

Denise M. Harle *
ALLIANCE DEFENDING FREEDOM
1000 Hurricane Shoals Rd. NE, Ste. D-1100
Lawrenceville, GA 30043
Tel.: (770) 339-0774
Fax: (770) 339-6744
dharle@adflegal.org

Erin M. Hawley *
ALLIANCE DEFENDING FREEDOM
440 First Street NW, Ste. 600
Washington, DC 20001
Tel.: (202) 393-8690
Fax: (202) 347-3622
ehawley@adflegal.org

* Visiting Attorneys

*Counsel for Defendant, Patrick Morrisey, in his official capacity as Attorney General of the State of West Virginia*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

**GENBIOPRO, INC.,**

    *Plaintiff*,

    v.                                          Civil Action No. 3:23-cv-00058

**MARK A. SORSAIA, in his official capacity, AND PATRICK MORRISEY, in his official capacity,**      Hon. Robert C. Chambers

    *Defendants.*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 23rd day of March, I electronically filed the foregoing "**Unopposed Motion to Extend Deadline for Reply in Support of Defendant Morrisey's** Motion to Dismiss" with the Clerk of Court and all parties using the CM/ECF System.

                                      */s/ Curtis R. A. Capehart*
                                      Curtis R. A. Capehart
                                      *Deputy Attorney General*