## IN THE UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF WEST VIRGINIA

## HUNTINGTON DIVISION

GENBIOPRO, INC.,

                Plaintiff,

v.                                          CIVIL ACTION NO.   3:23-0058

MARK A. SORSAIA, in his official capacity
as Prosecuting Attorney of Putnam County and
PATRICK MORRISEY, in his official capacity
as Attorney General of West Virginia,

                Defendants.

## ORDER

Pending before the Court is Defendant Patrick Morrisey's Unopposed Motion to Extend Deadline for Reply in Support of Defendant Morrisey's Motion to Dismiss. ECF No. 41. For reasons appearing before the Court, the Motion is **GRANTED**. Defendant Morrisey shall file his Reply by **Friday, March 31, 2023.** The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

                            ENTER:       March 24, 2023

                            ROBERT C. CHAMBERS
                            UNITED STATES DISTRICT JUDGE