IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

GENBIOPRO, INC.,

        Plaintiff,

v.                                                              CIVIL ACTION NO. 3:23-0058

MARK A. SORSAIA, in his official capacity
as Prosecuting Attorney of Putnam County and
PATRICK MORRISEY, in his official capacity
as Attorney General of West Virginia,

        Defendants.

## ORDER

Pending before the Court is a Motion by David S. Cohen, I. Glenn Cohen, Greer Donley, Lewis Grossman, Peter Barton Hutt, Rachel Rebouche, Allison Whelan, Patricia J. Zettler for Leave to File an Amicus Curiae Brief in Support of Plaintiff's Opposition to Defendants' Motions to Dismiss. ECF No. 40. As counsel has indicated to the Court that the Motion is unopposed, the Court **GRANTS** the Motion and **DIRECTS** the Clerk to file the attached Amicus Brief. ECF No. 40-1.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

        ENTER:        March 27, 2023

        ROBERT C. CHAMBERS
        UNITED STATES DISTRICT JUDGE