IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

GENBIOPRO, INC.,

          Plaintiff,

v.                                        CIVIL ACTION NO. 3:23-0058

MARK A. SORSAIA, in his official capacity
as Prosecuting Attorney of Putnam County and
PATRICK MORRISEY, in his official capacity
as Attorney General of West Virginia,

          Defendants.

## ORDER

Pending before the Court is Defendant Mark A. Sorsaia's Rule 12(b)(1) and Rule 12(b)(6) Motion to Dismiss for Failure to State a Claim (ECF No. 17) and Defendant Patrick Morrisey's Motion to Dismiss (ECF No. 19). The Court schedules a hearing concerning the issue of standing for **Monday, April 24, 2023 at 2:00 p.m.** The Court will allot one hour for argument. Counsel arguing the motions will appear in person.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

                                      ENTER:     April 13, 2023

                                      ROBERT C. CHAMBERS
                                      UNITED STATES DISTRICT JUDGE