IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

**GENBIOPRO, INC.,**

    *Plaintiff*,

    v.                                      Civil Action No. 3:23-cv-00058

**MARK A. SORSAIA, in his official
capacity, AND PATRICK MORRISEY, in
his official capacity,**

                                                          Hon. Robert C. Chambers

    *Defendants*.

## DEFENDANTS' MOTION FOR STAY

    Defendants, Mark A. Sorsaia, in his official capacity as Prosecuting Attorney for Putnam County, and Patrick Morrisey, in his official capacity as Attorney General of the State of West Virginia, move for a stay of this case pending the outcome of *Alliance for Hippocratic Medicine v. U.S. Food & Drug Administration*, No. 2:22-cv-00223 (N.D. Tex.).  As explained in Defendants' memorandum in support of this motion, the outcome of that case may well render this lawsuit moot.  Thus, in the interest of judicial economy, Defendants respectfully request that the Court stay this case until a final decision is reached in *Alliance for Hippocratic Medicine v. Food & Drug Administration*.

1

Respectfully submitted,

PATRICK MORRISEY
 *West Virginia Attorney General*

*/s/ Curtis R. A. Capehart*
Douglas P. Buffington, II (WV Bar # 8157)
  *Chief Deputy Attorney General*
Curtis R. A. Capehart (WV Bar # 9876)
  *Deputy Attorney General*
OFFICE OF THE ATTORNEY GENERAL
State Capitol Complex
1900 Kanawha Boulevard E.
Building 1, Room E-26
Charleston, WV 25305-0220
Tel.: (304) 558-2021
Fax: (304) 558-0140
curtis.r.a.capehart@wvago.gov

Denise M. Harle*
GA Bar No. 176758
ALLIANCE DEFENDING FREEDOM
1000 Hurricane Shoals Rd. NE, Ste. D-1100
Lawrenceville, GA 30043
Tel.: (770) 339-0774
Fax: (770) 339-6744
dharle@adflegal.org

Erin M. Hawley*
D.C. Bar No. 500782
ALLIANCE DEFENDING FREEDOM
440 First Street NW, Ste. 600
Washington, DC 20001
Tel.: (202) 393-8690
Fax: (202) 347-3622
ehawley@adflegal.org

*visiting attorney

*Counsel for Defendant Patrick Morrisey, in his official capacity as Attorney General of the State of West Virginia*

2

          MARK SORSAIA
           *Putnam County Prosecuting Attorney*

          */s/ Jennifer Scragg Karr (by permission)*
          Jennifer Scragg Karr (WV Bar # 8051)
           *Assistant Prosecuting Attorney*
          OFFICE OF THE PROSECUTING ATTORNEY
          Putnam County Judicial Building
          12093 Winfield Rd.
          Winfield, WV 25213
          Tel.: (304) 586-0205
          Fax: (304) 586-0269
          jkarr@putnamwv.org

          *Counsel for Mark Sorsaia, in his official capacity as Prosecuting Attorney for Putnam County*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### HUNTINGTON DIVISION

**GENBIOPRO, INC.,**

    *Plaintiff*,

    v.                              Civil Action No. 3:23-cv-00058

**MARK A. SORSAIA, in his official capacity, AND PATRICK MORRISEY, in his official capacity,**          Hon. Robert C. Chambers

    *Defendants.*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 18th day of April, 2023, I electronically filed the foregoing "Defendants' Motion for Stay" with the Clerk of Court and all parties using the CM/ECF System.

                                          */s/ Curtis R. A. Capehart*
                                          Curtis R. A. Capehart
                                          *Deputy Attorney General*