# District Judge Daybook Entry

## United States District Court - Southern District of West Virginia at Huntington

| | | | |
|---|---|---|---|
| Date: | 4/24/2023 | Case Number: | 3:23-cv-00058 |
| Case Style: | GenBioPro, Inc. vs. Sorsaia | | |
| Type of hearing: | Motion Hearing | | |
| Before the Honorable: | 2514-Chambers | | |
| Court Reporter: | Catherine Schutte-Stant | Courtroom Deputy: | Terry Justice |

Attorney(s) for the Plaintiff or Government:

Anthony Majestro, David Frederick

Attorney(s) for the Defendant(s):

Jennifer Karr, Curtis Capehart

Law Clerk: Mary Offutt-Reagin

Probation Officer:

## Court Times

| Start Time | End Time | Court Time Description |
|---|---|---|
| 2:00 PM | 2:55 PM | Non-Trial Time/Uncontested Time |

Time in court: 0 hours and 55 minutes. Non-Trial Time/Uncontested Time

## Courtroom Notes

Hearing scheduled to commence: 2:00 p.m.
Hearing commenced: 2:00 p.m.

Rule 12(B)(1) and 12(B)(6) Motion of Defendant Mark Sorsaia to Dismiss. ECF No. 17.
Motion of Defendant Patrick Morrisey to Dismiss. ECF No. 19.

Hearing concerning the issue of standing.
Matters taken under advisement.

Hearing concluded: 2:55 p.m.