IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

GENBIOPRO, INC.,

        Plaintiff,

v.                                      CIVIL ACTION NO.   3:23-0058

MARK A. SORSAIA, in his official capacity
as Prosecuting Attorney of Putnam County and
PATRICK MORRISEY, in his official capacity
as Attorney General of West Virginia,

        Defendants.

**ORDER**

In consideration of the Supreme Court's opinion in *National Pork Producers Council v. Ross*, No. 21–468, — S. Ct. — (2023), the Court **DIRECTS** the parties to file supplemental briefing by **Friday, May 19, 2023**. The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

        ENTER:       May 11, 2023

        ROBERT C. CHAMBERS
        UNITED STATES DISTRICT JUDGE