IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

| | |
|---|---|
| **GENBIOPRO, INC.,**<br><br>*Plaintiff*,<br><br>v.<br><br>**MARK A. SORSAIA**, *in his official capacity as Prosecuting Attorney of Putnam County* **AND PATRICK MORRISEY,** *in his official capacity as Attorney General of West Virginia*,<br><br>*Defendants.* | **Civil Action No.: 3:23-cv-00058**<br>**(Hon. Robert C. Chambers)** |

**PLAINTIFF GENBIOPRO, INC.'S NOTICE OF FILING**

Plaintiff GenBioPro, Inc., by and through its undersigned counsel, hereby submits this Notice of Filing to correct page eleven of its Statutory Addendum (Dkt. 35-1), filed in connection with GenBioPro's Opposition to Defendant Patrick Morrisey's Motion to Dismiss (Dkt. 35). Attached as Exhibit A is a full and correct copy of 21 U.S.C. § 355-1, to replace the version previously located at pages five through twenty-two of the Statutory Addendum.

Dated:  May 22, 2023                    Respectfully submitted,

                                        /s/ Anthony J. Majestro
David C. Frederick*                     Anthony J. Majestro
Ariela M. Migdal*                       WV Bar No. 5165
Eliana Margo Pfeffer*                   Christina L. Smith
Mary Charlotte Y. Carroll*              W. Va. Bar No. 7509
KELLOGG, HANSEN, TODD,                  POWELL & MAJESTRO P.L.L.C.
    FIGEL & FREDERICK, P.L.L.C.         405 Capitol Street
1615 M Street, N.W., Suite 400          Suite P-1200
Washington, D.C. 20036                  Charleston, WV 25301
Tel: (202) 326-7900                     Tel: (304) 346-2889
dfrederick@kellogghansen.com            amajestro@powellmajestro.com
amigdal@kellogghansen.com               csmith@powellmajestro.com
epfeffer@kellogghansen.com
mcarroll@kellogghansen.com

| | |
|---|---|
| Skye L. Perryman* | John P. Elwood* |
| Kristen Miller* | Daphne O'Connor* |
| DEMOCRACY FORWARD | Robert J. Katerberg* |
|    FOUNDATION | ARNOLD & PORTER KAYE SCHOLER LLP |
| P.O. Box 34553 | 601 Massachusetts Avenue, N.W. |
| Washington, D.C. 20043 | Washington, D.C. 20001 |
| Tel: (202) 448-9090 | john.elwood@arnoldporter.com |
| sperryman@democracyforward.org | daphne.oconnor@arnoldporter.com |
| kmiller@democracyforward.org | robert.katerberg@arnoldporter.com |

*admitted pro hac vice*

*Counsel for Plaintiff GenBioPro, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

| | |
|---|---|
| **GENBIOPRO, INC.,**<br><br>*Plaintiff*,<br><br>v.<br><br>**MARK A. SORSAIA**, *in his official capacity as Prosecuting Attorney of Putnam County* **AND PATRICK MORRISEY,** *in his official capacity as Attorney General of West Virginia*,<br><br>*Defendants.* | **Civil Action No.: 3:23-cv-00058**<br>**(Hon. Robert C. Chambers)** |

**CERTIFICATE OF SERVICE**

I, the undersigned, counsel for Plaintiff, GenBioPro, Inc., do hereby certify that on May 22, 2023, I electronically filed and served the foregoing **PLAINTIFF GENBIOPRO, INC.'S NOTICE OF FILING** with the Clerk of the Court and all parties using the CM/ECF system.

Respectfully submitted,

/s/ Anthony J. Majestro
Anthony J. Majestro
WV Bar No. 5165
Christina L. Smith
W. Va. Bar No. 7509
POWELL & MAJESTRO P.L.L.C.
405 Capitol Street
Suite P-1200
Charleston, WV 25301
Tel: (304) 346-2889
amajestro@powellmajestro.com
csmith@powellmajestro.com

*Counsel for Plaintiff GenBioPro, Inc.*