# District Judge Daybook Entry

## United States District Court - Southern District of West Virginia at Huntington

| | | | |
|---|---|---|---|
| Date: | 5/23/2023 | Case Number: | 3:23-cv-00058 |
| Case Style: | GenBioPro, Inc. vs. Sorsaia | | |
| Type of hearing: | Motion Hearing | | |
| Before the Honorable: | 2514-Chambers | | |
| Court Reporter: | Kathy Swinhart | Courtroom Deputy: | Terry Justice |

Attorney(s) for the Plaintiff or Government:

Anthony Majestro, Ariela Migdal, David Frederick, Christina Smith

Attorney(s) for the Defendant(s):

Jennifer Karr, Curtis Capehart, Erin Hawley

Law Clerk:    Mary Offutt-Reagin

Probation Officer:

## Court Times

| Start Time | End Time | Court Time Description |
|---|---|---|
| 1:22 PM | 2:40 PM | Non-Trial Time/Uncontested Time |

Time in court: 1 hours and 18 minutes. Non-Trial Time/Uncontested Time

## Courtroom Notes

Hearing scheduled to commence 1:30 p.m.
Hearing commenced 1:22 p.m.

Argument on remaining issues.

Rule 12(B)(1) and 12(B)(6) Motion of Defendant Mark Sorsaia to Dismiss. ECF No. 17.
Motion of Defendant Patrick Morrisey to Dismiss. ECF No. 19.

Motions taken under advisement.

Hearing concluded 2:40 p.m.