# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT HUNTINGTON

GENBIOPRO, INC.,

    Plaintiff,

v.                                      CIVIL ACTION NO.: 3:23-cv-00058

MARK A. SORSIA., et al.,

    Defendants.

## NOTICE OF FILING OF OFFICIAL TRANSCRIPT[1]

Notice is hereby given that an official transcript of a proceeding has been filed by the court reporter or transcriber in the above-captioned matter:

| | |
|---|---|
| Date transcript(s) filed: | May 30, 2023 |
| Court reporter: | Kathy Swinhart |
| Proceeding(s): | Motion Hearing held on May 23, 2023 |

The parties have seven (7) calendar days to file a *Notice of Intent to Request Redaction*.[2] If no such notice is filed, or the notice is not followed by a *Request for Redaction*

---

[1] This notice is generated only when non-CM/ECF users exist in a case; otherwise, the Notice of Electronic Filing (NEF) generated by the CM/ECF system when a transcript is filed provides the required notice of filing.

[2] Amendments to F R of Civ P and F R of Cr P effective December 1, 2007, implement the E-Government Act of 2002's requirement to protect the privacy and security of publicly available electronic filings and provide that personal identification information be redacted from documents filed with the court as follows: individuals' Social Security numbers, names of minor children, financial account numbers, dates of birth, and, in criminal cases, home addresses. Redaction requests beyond the scope of the rules must be made as motions.

*of Personal Identifiers*, the transcript may be remotely, electronically available to the public ninety (90) days after filing without redaction.[3]

Any party needing a copy of the transcript to review for redaction purposes may purchase a copy from the court reporter or may view the transcript at the Clerk's Office public counter.

Date:  June 2, 2023                **RORY L. PERRY II, CLERK OF COURT**

By:  *s/Kelly Lynn Cooper*
                Deputy Clerk

---

[3] Any party who files a *Notice of Intent to Redact* and fails to file a *Request for Redaction of Personal Identifiers* must withdraw said notice.