(Rev. 03/2023)
Please Read Instructions on Page 2.

**FILED JUN - 7 2023**
U.S. District Court
Southern District of West Virginia

# TRANSCRIPT ORDER FORM

## 1. REQUESTOR'S INFORMATION

| Field | Value |
|---|---|
| NAME | Jennifer Williams |
| TELEPHONE NUMBER | 360-586-6412 |
| DATE OF REQUEST | 6/1/2023 |
| EMAIL ADDRESS (Transcript will be emailed to this address.) | jennah.williams@atg.wa.gov |
| MAILING ADDRESS | PO BOX 40111 |
| CITY, STATE, ZIP CODE | Olympia, WA 98504-0111 |

## 2. TRANSCRIPT REQUESTED

NAME OF COURT REPORTER: **Kathy Swinhart**

OR CHECK HERE [ ] IF HEARING WAS RECORDED ELECTRONICALLY

| Field | Value |
|---|---|
| CASE NUMBER | 3:23-cv-00058 |
| CASE NAME | GenBioPro, Inc. v. Sorsaia et al |
| JUDGE'S NAME | Hon. Robert Chambers |
| DATE(S) OF PROCEEDING(S) | 5/23/2023 |
| TYPE OF PROCEEDING(S) | Motion Hearing |
| LOCATION OF PROCEEDING(S) | |

REQUEST IS FOR: (Select one) [✓] FULL PROCEEDING  [ ] SPECIFIC PORTION(S) (Must specify below)

SPECIFIC PORTION(S) REQUESTED (If applicable):

ADDITIONAL INSTRUCTIONS TO AID IN PREPARATION OF THE TRANSCRIPT:

## 3. TYPE OF TRANSCRIPT REQUESTED (Maximum Rate Per Page)

| Transcript Type | Original | First Copy to each Party | Each add'l Copy |
|---|---|---|---|
| **Ordinary**: A transcript to be delivered within thirty (30) days after receipt of order. | [✓] $3.65 | [ ] $0.90 | [ ] $0.60 |
| **14-Day Transcript**: A transcript to be delivered within fourteen (14) days after receipt of order. | [ ] $4.25 | [ ] $0.90 | [ ] $0.60 |
| **Expedited/7-Day Transcript**. A transcript to be delivered within seven (7) days after receipt of order. | [ ] $4.85 | [ ] $0.90 | [ ] $0.60 |
| **3-Day Transcript**: A transcript to be delivered within three (3) days after receipt of order. | [ ] $5.45 | [ ] $1.05 | [ ] $0.75 |
| **Daily**: A transcript to be delivered prior to the normal opening hour of the Clerk's Office on the calendar day following receipt of the order, regardless of whether or not that calendar day is a weekend or holiday. | [ ] $6.05 | [ ] $1.20 | [ ] $0.90 |
| **Hourly**: A transcript of proceedings to be delivered within two (2) hours from receipt of the order. | [ ] $7.25 | [ ] $1.20 | [ ] $.090 |
| **Realtime Unedited Transcript**: A draft unedited transcript produced by a certified realtime reporter as a byproduct of realtime to be delivered electronically during proceedings or immediately following receipt of the order. | [ ] $3.05 One feed | [ ] $2.10 Two to Four feeds | [ ] $1.50 Five or more feeds |
| **CD of electronically recorded proceeding** | $32.00 | | |

## 4. CERTIFICATION
By signing below, I certify that I will pay all charges (deposit plus additional).

| DATE | SIGNATURE |
|---|---|
| 6/1/2023 | *Jennifer D. Williams* |