

**Bob Ferguson**
**ATTORNEY GENERAL OF WASHINGTON**
7141 CLEANWATER DR SW
PO BOX 40111
OLYMPIA WA 98504-0111



CLERK'S OFFICE
US DISTRICT COURT
300 VIRGINIA ST E RM 2400
CHARLESTON WV  25301