### IN THE UNITED STATES DISTRICT COURT FOR
### THE SOUTHERN DISTRICT OF WEST VIRGINIA
### HUNTINGTON DIVISION

| | |
|---|---|
| GENBIOPRO, INC., <br><br> Plaintiff, <br><br> v. <br><br> KRIS RAYNES, in her official capacity as Prosecuting Attorney of Putnam County, and PATRICK MORRISEY, in his official capacity as Attorney General of West Virginia, <br><br> Defendants. | Civil Action No. 3:23-cv-00058 <br> Hon. Robert C. Chambers |

### PLAINTIFF GENBIOPRO, INC.'S NOTICE OF SUBSTITUTION

GenBioPro, Inc. gives notice that Mark A. Sorsaia resigned as Prosecuting Attorney of Putnam County effective August 1, 2023 and, that by appointment of the Putnam County Commission, effective August 31, 2023, Kris Raynes is now serving as Prosecuting Attorney of Putnam County. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Ms. Raynes is automatically substituted as a party defendant and all further proceedings should be in her name.

Dated:  September 11, 2023

Respectfully submitted,

**GENBIOPRO, INC.**
**By Counsel**

David C. Frederick (pro hac vice)
Ariela M. Migdal (pro hac vice)
Eliana Margo Pfeffer (pro hac vice)
Mary Charlotte Y. Carroll (pro hac vice)
KELLOGG, HANSEN, TODD,
    FIGEL & FREDERICK, P.L.L.C.
1615 M Street, NW, Suite 400
Washington, D.C. 20036
Ph:  202-326-7900
dfrederick@kellogghansen.com
amigdal@kellogghansen.com
epfeffer@kellogghansen.com
mcarroll@kellogghansen.com

Skye L. Perryman (pro hac vice)
Kristen Miller (pro hac vice)
DEMOCRACY FORWARD
    FOUNDATION
PO Box 34553
Washington, D.C. 20043
Ph: 202-448-9090
sperryman@democracyforward.org
kmiller@democracyforward.org

*s/ Anthony J. Majestro*
Anthony J. Majestro (WVSB 5165)
Christina L. Smith (WVSB 7509)
POWELL & MAJESTRO PLLC
405 Capitol Street, Suite P1200
Charleston, WV  25301
Ph:  304-346-2889
amajestro@powellmajestro.com
csmith@powellmajestro.com

John P. Elwood (pro hac vice)
Daphne O'Connor (pro hac vice)
Robert J. Katerberg (pro hac vice)
ARNOLD & PORTER KAY
    SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, D.C. 20001
john.elwood@arnoldporter.com
daphne.oconnor@arnoldporter.com
robert.katerberg@arnoldporter.com

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of September, 2023, I electronically filed the foregoing **"PLAINTIFF GENBIOPRO, INC.'S NOTICE OF SUBSTITUTION"** with the Clerk of the Court and served all parties using the CM/ECF system.

*s/ Anthony J. Majestro*
Anthony J. Majestro (WVSB 5165)

3