IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

**GENBIOPRO, INC.,**

    *Plaintiff*,

    v.                                                  Civil Action No. 3:23-cv-00058

**KRISTINA RAYNES, in her official
capacity, AND PATRICK MORRISEY, in
his official capacity,**

                                                              Hon. Robert C. Chambers

    *Defendants.*

## JOINT MOTION FOR EXTENSION

The parties—Plaintiff, GenBioPro, Inc. and Defendants, Kristina Raynes, in her official capacity as Prosecuting Attorney for Putnam County, and Patrick Morrisey, in his official capacity as Attorney General of the State of West Virginia—move for an extension of the time frame set by the Court's Order and Notice issued on August 24, 2023 [Docket 67] for filing the report of the Rule 26(f) meeting. The parties met on September 21, 2023, to conduct the Rule 26(f) meeting and since have been engaged in communication and working on the myriad areas of the report. However, while the parties have not yet completed that process at the present time, they are diligently working to do so and anticipate completing the report in coming days and well in advance of the scheduling/status conference set for October 16, 2023. Consequently, the parties request an extension of the report filing date to Tuesday, October 10, 2023.

1

Respectfully submitted,

PATRICK MORRISEY
 *West Virginia Attorney General*

*/s/ Curtis R. A. Capehart*
Douglas P. Buffington, II (WV Bar # 8157)
  *Chief Deputy Attorney General*
Curtis R. A. Capehart (WV Bar # 9876)
  *Deputy Attorney General*
OFFICE OF THE ATTORNEY GENERAL
State Capitol Complex
1900 Kanawha Boulevard E.
Building 1, Room E-26
Charleston, WV 25305-0220
Tel.: (304) 558-2021
Fax: (304) 558-0140
curtis.r.a.capehart@wvago.gov

*Counsel for Defendant Patrick Morrisey, in his official capacity as Attorney General of the State of West Virginia*

KRISTINA RAYNES
  *Putnam County Prosecuting Attorney*

*/s/ Jennifer Scragg Karr (by permission)*
Jennifer Scragg Karr (WV Bar # 8051)
  *Assistant Prosecuting Attorney*
OFFICE OF THE PROSECUTING ATTORNEY
Putnam County Judicial Building
12093 Winfield Rd.
Winfield, WV 25213
Tel.: (304) 586-0205
Fax: (304) 586-0269
jkarr@putnamwv.org

*Counsel for Defendant, Kristina Raynes, in her official capacity as Prosecuting Attorney for Putnam County*

GENBIOPRO, INC.

*/s/ Anthony J. Majestro (by permission)*
Anthony J. Majestro (WV Bar # 5165)
Christina L. Smith (WV Bar # 7509)

2

POWELL & MAJESTRO P.L.L.C.<br>
405 Capitol Street, Suite 807<br>
Charleston, WV 25301<br>
Tel.: (304) 346-2889<br>
amajestro@powellmajestro.com<br>
csmith@powellmajestro.com

*Counsel for Plaintiff, GenBioPro, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

**GENBIOPRO, INC.,**

    *Plaintiff*,

    v.                        Civil Action No. 3:23-cv-00058

**KRISTINA RAYNES, in her official capacity, AND PATRICK MORRISEY, in his official capacity,**      Hon. Robert C. Chambers

    *Defendants.*

### CERTIFICATE OF SERVICE

I hereby certify that, on this 2nd day of October, 2023, I electronically filed the foregoing motion with the Clerk of Court and all parties using the CM/ECF System.

                                  */s/ Curtis R. A. Capehart*
                                  Curtis R. A. Capehart
                                  *Deputy Attorney General*