IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

GENBIOPRO, INC.,

          Plaintiff,

v.                                        CIVIL ACTION NO.   3:23-0058

KRIS RAYNES, in her official capacity as
Prosecuting Attorney of Putnam County and
PATRICK MORRISEY, in his official
capacity as Attorney General of West Virginia,

          Defendants.

**ORDER**

      Before the Court is the parties' Joint Motion for Extension requesting an extension to file their Rule 26(f) Report. ECF No. 69. Upon review, the Court **GRANTS** this request. The Court **DIRECTS** the parties to file their Rule 26(f) Report by **Tuesday, October 10, 2023**.

                                      ENTER:         October 3, 2023

                                      ROBERT C. CHAMBERS
                                      UNITED STATES DISTRICT JUDGE