IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

**GENBIOPRO, INC.,**

    *Plaintiff*,

    v.

**KRISTINA RAYNES, in her official capacity, AND PATRICK MORRISEY, in his official capacity,**

    *Defendants.*

Civil Action No.: 3:23-cv-00058

Hon. Robert C. Chambers

## JOINT MOTION FOR FURTHER EXTENSION

The parties — Plaintiff GenBioPro, Inc., and Defendants Kristina Raynes, in her official capacity as Prosecuting Attorney for Putnam County, and Patrick Morrisey, in his official capacity as Attorney General of the State of West Virginia — move for a brief extension of the deadline for filing the report of the Rule 26(f) meeting set by this Court's October 3, 2023, Order [Docket 70]. For the reasons communicated to the Court by telephone on October 10, 2023, the parties respectfully seek a weeklong extension of the report filing date to October 18, 2023.

The parties also move for a brief extension of the October 16, 2023, scheduling conference to some date after October 18, 2023, that is convenient for the Court. The parties further request that any such conference be conducted virtually, rather than in person.

Respectfully submitted,

PATRICK MORRISEY
   *West Virginia Attorney General*

*/s/ Curtis R. A. Capehart*
Douglas P. Buffington, II (WV Bar # 8157)
   *Chief Deputy Attorney General*
Curtis R. A. Capehart (WV Bar # 9876)
   *Deputy Attorney General*
OFFICE OF THE ATTORNEY GENERAL
State Capitol Complex
1900 Kanawha Boulevard E.
Building 1, Room E-26
Charleston, WV 25305-0220
Tel.:  (304) 558-2021
Fax:  (304) 558-0140
curtis.r.a.capehart@wvago.gov

*Counsel for Defendant Patrick Morrisey, in his official capacity as Attorney General of the State of West Virginia*

KRISTINA RAYNES
   *Putnam County Prosecuting Attorney*

*/s/ Jennifer Scragg Karr*
Jennifer Scragg Karr (WV Bar # 8051)
   *Assistant Prosecuting Attorney*
OFFICE OF THE PROSECUTING ATTORNEY
Putnam County Judicial Building
12093 Winfield Rd.
Winfield, WV 25213
Tel.:  (304) 586-0205
Fax:  (304) 586-0269
jkarr@putnamwv.org

*Counsel for Defendant, Kristina Raynes, in her official capacity as Prosecuting Attorney for Putnam County*

GENBIOPRO, INC.

*/s/ Anthony J. Majestro*

Anthony J. Majestro (WV Bar # 5165)
Christina L. Smith (WV Bar # 7509)

POWELL & MAJESTRO P.L.L.C.
405 Capitol Street, Suite 807
Charleston, WV 25301
Tel.: (304) 346-2889
amajestro@powellmajestro.com
csmith@powellmajestro.com

*Counsel for Plaintiff, GenBioPro, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

**GENBIOPRO, INC.,**

    *Plaintiff,*

    v.

**KRISTINA RAYNES, in her official capacity, AND PATRICK MORRISEY, in his official capacity,**

    *Defendants.*

Civil Action No.: 3:23-cv-00058

Hon. Robert C. Chambers

### CERTIFICATE OF SERVICE

I hereby certify that, on this 11th day of October, 2023, I electronically filed the foregoing motion with the Clerk of Court and all parties using the CM/ECF System.

    */s/ Anthony J. Majestro*
    Anthony J. Majestro

4