IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

GENBIOPRO, INC.,

         Plaintiff,

v.                          CIVIL ACTION NO. 3:23-0058

KRIS RAYNES, in her official capacity
as Prosecuting Attorney of Putnam County and
PATRICK MORRISEY, in his official capacity
as Attorney General of West Virginia,

         Defendants.

## ORDER

Pending is the Joint Motion for Further Extension (ECF No. 71) for filing of the Rule 26(f) meeting report. ECF No. 71. The Court **GRANTS** this motion and extends the filing date to **October 18, 2023**. The Court further **CANCELS** the October 16, 2023 Scheduling Conference and will reschedule of necessary.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

                                     ENTER:       October 12, 2023

                                     ROBERT C. CHAMBERS
                                     UNITED STATES DISTRICT JUDGE