**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION**

**GENBIOPRO, INC.,**

*Plaintiff,*

v.

**KRISTINA RAYNES,** *in her official capacity as Prosecuting Attorney of Putnam County,* **AND PATRICK MORRISEY,** *in his official capacity as Attorney General of West Virginia,*

*Defendants.*

**Civil Action No.: 3:23-cv-00058
(Hon. Robert C. Chambers)**

**ORDER REGARDING MOTION TO AMEND COMPLAINT AND JOINT STIPULATION**

The Court hereby **GRANTS** the Motion to Amend Complaint and Joint Stipulation filed by the parties on October 18, 2023, Dkt. No. __, and deems Plaintiff's First Amended Complaint to be the operative complaint in this case.

The Clerk is directed to send copies of this Order to those counsel of record who have registered to receive an electronic NEF.

**IT IS SO ORDERED** this _____ day of October, 2023.

_____
**Robert C. Chambers
United States District Judge**