# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### HUNTINGTON DIVISION

**GENBIOPRO, INC.,**

    *Plaintiff,*

v.

**KRISTINA RAYNES,** *in her official capacity as Prosecuting Attorney of Putnam County,* **AND PATRICK MORRISEY,** *in his official capacity as Attorney General of West Virginia,*

    *Defendants.*

**Civil Action No.: 3:23-cv-00058**
**(Hon. Robert C. Chambers)**

## ORDER REGARDING MOTION TO AMEND COMPLAINT AND JOINT STIPULATION

The Court hereby **GRANTS** the Motion to Amend Complaint and Joint Stipulation filed by the parties on October 18, 2023, Dkt. No. 73, and deems Plaintiff's First Amended Complaint to be the operative complaint in this case.

The Clerk is directed to send copies of this Order to those counsel of record who have registered to receive an electronic NEF.

**IT IS SO ORDERED** this  19th  day of October, 2023.

_____
**Robert C. Chambers**
**United States District Judge**