# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### HUNTINGTON DIVISION

| | |
|---|---|
| **GENBIOPRO, INC.,**<br><br>*Plaintiff*,<br><br>v.<br><br>**KRISTINA RAYNES,** *in her official capacity as Prosecuting Attorney of Putnam County*, **AND PATRICK MORRISEY,** *in his official capacity as Attorney General of West Virginia*,<br><br>*Defendants.* | **Civil Action No.: 3:23-cv-00058**<br>(Hon. Robert C. Chambers) |

**JOINT STIPULATION AND JOINT MOTION TO ENTER FINAL JUGDMENT**

Plaintiff GenBioPro, Inc., and Defendants Kristina Raynes, in her official capacity as Prosecuting Attorney for Putnam County, and Patrick Morrisey, in his official capacity as Attorney General of the State of West Virginia, stipulate that all claims in Plaintiff's First Amended Complaint were decided in the Court's memorandum opinions and orders on the motions to dismiss, Dkt. Nos. 54, 66, and further stipulate that the Court should enter a separate order of judgment on Plaintiff's First Amended Complaint, Dkt. No. 75, as required by Federal Rule of Civil Procedure 58, for the reasons stated in Dkt. Nos. 54, 66.

The parties therefore move the Court to enter a separate order of judgment on its First Amended Complaint, Dkt. No. 75, as required by Federal Rule of Civil Procedure 58, for the reasons stated in Dkt. Nos. 54, 66. The parties preserve all objections and rights to appeal.

Dated: November 3, 2023

Respectfully submitted,

PATRICK MORRISEY
 *West Virginia Attorney General*

 */s/ Douglas P. Buffingon, II*
Douglas P. Buffington, II (WV Bar # 8157)
 *Chief Deputy Attorney General*
Curtis R. A. Capehart (WV Bar # 9876)
 *Deputy Attorney General*
OFFICE OF THE ATTORNEY GENERAL
State Capitol Complex
1900 Kanawha Boulevard E.
Building 1, Room E-26
Charleston, WV 25305-0220
Tel.: (304) 558-2021
Fax: (304) 558-0140
curtis.r.a.capehart@wvago.gov

*Counsel for Defendant Patrick Morrisey, in his official capacity as Attorney General of the State of West Virginia*

KRISTINA RAYNES
 *Putnam County Prosecuting Attorney*

 */s/ Jennifer Scragg Karr*
Jennifer Scragg Karr (WV Bar # 8051)
 *Assistant Prosecuting Attorney*
OFFICE OF THE PROSECUTING ATTORNEY
Putnam County Judicial Building
12093 Winfield Rd.
Winfield, WV 25213
Tel.: (304) 586-0205
Fax: (304) 586-0269
jkarr@putnamwv.org

*Counsel for Defendant, Kristina Raynes, in her official capacity as Prosecuting Attorney for Putnam County*

GENBIOPRO, INC.

 */s/ Anthony J. Majestro*
Anthony J. Majestro (WV Bar # 5165)
Christina L. Smith (WV Bar # 7509)

2

POWELL & MAJESTRO P.L.L.C.<br>
405 Capitol Street, Suite 807<br>
Charleston, WV 25301<br>
Tel.: (304) 346-2889<br>
amajestro@powellmajestro.com<br>
csmith@powellmajestro.com

*Counsel for Plaintiff, GenBioPro, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

| | |
|---|---|
| **GENBIOPRO, INC.,**<br><br>*Plaintiff*,<br><br>v.<br><br>**KRISTINA RAYNES,** *in her official capacity as Prosecuting Attorney of Putnam County*, **AND PATRICK MORRISEY,** *in his official capacity as Attorney General of West Virginia*,<br><br>*Defendants.* | **Civil Action No.: 3:23-cv-00058**<br>**(Hon. Robert C. Chambers)** |

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 3rd day of November, 2023, I electronically filed the foregoing stipulation with the Clerk of Court and all parties using the CM/ECF System.

/s/ *Anthony J. Majestro*
Anthony J. Majestro