IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

**GENBIOPRO, INC.,**

    *Plaintiff,*

v.

**KRISTINA RAYNES,** *in her official capacity as Prosecuting Attorney of Putnam County,* **AND PATRICK MORRISEY,** *in his official capacity as Attorney General of West Virginia,*

    *Defendants.*

Civil Action No.: 3:23-cv-00058
(Hon. Robert C. Chambers)

## ORDER REGARDING JOINT STIPULATION AND JOINT MOTION

For the reasons stated in the Court's memorandum opinions and orders, Dkt. Nos. 54, 66, the First Amended Complaint is hereby dismissed, judgment is entered in favor of Defendants, and this case is closed.

The Clerk is directed to send copies of this Order to those counsel of record who have registered to receive an electronic NEF.

**IT IS SO ORDERED** this 6th day of November, 2023.

Robert C. Chambers
United States District Judge