# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## HUNTINGTON DIVISION

| | |
|---|---|
| GENBIOPRO, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> KRISTINA RAYNES, *in her official capacity as Prosecuting Attorney of Putnam County*, AND PATRICK MORRISEY, *in his official capacity as Attorney General of West Virginia*, <br><br> *Defendants.* | Civil Action No.: 3:23-cv-00058 <br> (Hon. Robert C. Chambers) <br><br> NOTICE OF APPEAL |

Please take notice that Plaintiff GenBioPro, Inc., hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Judgment entered in this action on November 6, 2023, Dkt. No. 77, and from the orders incorporated in that Judgment, *see* Dkt. Nos. 54, 66.

Dated:  November 9, 2023

David C. Frederick\*
Ariela M. Migdal\*
Eliana Margo Pfeffer\*
Mary Charlotte Y. Carroll\*
KELLOGG, HANSEN, TODD,
　FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
dfrederick@kellogghansen.com
amigdal@kellogghansen.com
epfeffer@kellogghansen.com
mcarroll@kellogghansen.com

Respectfully submitted,

/s/ Anthony J. Majestro
Anthony J. Majestro
W. Va. Bar No. 5165
Christina L. Smith
W. Va. Bar No. 7509
POWELL & MAJESTRO P.L.L.C.
405 Capitol Street
Suite P-1200
Charleston, WV 25301
Tel: (304) 346-2889
amajestro@powellmajestro.com
csmith@powellmajestro.com

| | |
|---|---|
| Skye L. Perryman* | John P. Elwood* |
| Kristen Miller* | Daphne O'Connor* |
| DEMOCRACY FORWARD | Robert J. Katerberg* |
|     FOUNDATION | ARNOLD & PORTER KAYE SCHOLER LLP |
| P.O. Box 34553 | 601 Massachusetts Avenue, N.W. |
| Washington, D.C. 20043 | Washington, D.C. 20001 |
| Tel: (202) 448-9090 | john.elwood@arnoldporter.com |
| sperryman@democracyforward.org | daphne.oconnor@arnoldporter.com |
| kmiller@democracyforward.org | robert.katerberg@arnoldporter.com |

*Admitted pro hac vice*

*Counsel for Plaintiff GenBioPro, Inc.*