FILED: November 15, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-2194
(3:23-cv-00058)

_____

GENBIOPRO, INC.

    Plaintiff - Appellant

v.

KRISTINA RAYNES, in her official capacity as Prosecuting Attorney of Putnam County; PATRICK MORRISEY, in his official capacity as Attorney General of West Virginia

    Defendants - Appellees

and

MARK A. SORSAIA, in his official capacity as Prosecuting Attorney of Putnam County

    Defendant

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Southern District of West Virginia at Huntington |
| Originating Case Number | 3:23-cv-00058 |
| Date notice of appeal filed in originating court: | 11/09/2023 |
| Appellant | GenBioPro, Inc. |
| Appellate Case Number | 23-2194 |
| Case Manager | Kirsten Hancock<br>804-916-2704 |